# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128912

JEANNIE L. COLLINS, Personal Representative
of the Estate of RICHARD E. COLLINS,
Deceased, and KIRBY TOTTINGHAM,
        Plaintiffs-Appellants,

v

MAES CORPORATION, d/b/a AUTO IMAGES
OF JACKSON, ERIC MAES, and APRIL MAES,
        Defendants-Appellees.

_____/

SC: 128912
COA: 251795
Jackson CC: 02-002521-NO

      On order of the Court, the application for leave to appeal the March 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

_Corbin R. Davis_
Clerk

d1121